**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re: CAROLINA FOOTHILLS STUDIO, LLC  §  Case No. 16-00364-HB
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John K. Fort, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $180,402.95 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $27,752.68 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $11,073.69 | |

3) Total gross receipts of $38,826.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $38,826.37 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,573,809.94 | $403,167.25 | $3,375.00 | $3,375.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $11,055.93 | $11,073.69 | $11,073.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $77,525.85 | $66,443.92 | $66,443.92 | $24,377.68 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,923,532.82 | $2,346,968.04 | $2,346,968.04 | $0.00 |
| **TOTAL DISBURSEMENTS** | $3,574,868.61 | $2,827,635.14 | $2,427,860.65 | $38,826.37 |

4) This case was originally filed under chapter 7 on 01/28/2016.  The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    01/30/2018                    By: /s/ John K. Fort
                                             Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | $1,500.00 |
| Accounts receivable | 1121-000 | $1,110.04 |
| Checking, savings or other financial accounts | 1129-000 | $296.33 |
| Settlement of Preference between CFS, LLC and Carolina Alliance Bank | 1241-000 | $8,920.00 |
| Inventory | 1129-000 | $27,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$38,826.37** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Scottrade | 4210-000 | NA | $3,375.00 | $3,375.00 | $3,375.00 |
| 2 | Scottrade Bank Equipment Finance | 4210-000 | NA | $321,119.06 | $0.00 | $0.00 |
| 17 | TRINITY | 4210-000 | NA | $5,195.29 | $0.00 | $0.00 |
| 28 | CANON FINANCIAL SERVICES INC | 4210-000 | NA | $6,310.12 | $0.00 | $0.00 |
| 35S | Brasfield & Gorrie, LLC | 4220-000 | NA | $67,167.78 | $0.00 | $0.00 |
| N/F | Bank of Travelers Rest | 4110-000 | $7,845.95 | NA | NA | NA |
| N/F | Bank of the West | 4110-000 | $6,000.00 | NA | NA | NA |
| N/F | Canon Fin. Services | 4110-000 | $2,000.00 | NA | NA | NA |
| N/F | Delage Lander Fin | 4110-000 | $0.00 | NA | NA | NA |
| N/F | J&G Machinery | 4110-000 | $9,285.89 | NA | NA | NA |
| N/F | Lenovo Fin Services | 4110-000 | $9,000.00 | NA | NA | NA |
| N/F | Pinnacle Bank | 4110-000 | $835,738.65 | NA | NA | NA |
| N/F | Pinnacle Bank | 4110-000 | $479,603.02 | NA | NA | NA |
| N/F | Pinnacle Bank | 4110-000 | $167,415.65 | NA | NA | NA |
| N/F | ProSource | 4110-000 | $40,211.41 | NA | NA | NA |
| N/F | Scotttrade Bank Equipment Fin. | 4110-000 | $16,709.37 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,573,809.94** | **$403,167.25** | **$3,375.00** | **$3,375.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John K. Fort | 2100-000 | NA | $4,632.64 | $4,632.64 | $4,632.64 |
| Trustee, Expenses - John K. Fort | 2200-000 | NA | $2,205.95 | $2,205.95 | $2,205.95 |
| Accountant for Trustee, Fees - MCABEE, SCHWARTZ, HALLIDAY & CO. | 3310-000 | NA | $393.75 | $393.75 | $393.75 |
| Accountant for Trustee, Expenses - MCABEE, SCHWARTZ, HALLIDAY & CO. | 3320-000 | NA | $0.00 | $0.00 | $0.00 |
| Auctioneer Fees - WM HALES, INC | 3610-000 | NA | $2,850.00 | $2,850.00 | $2,850.00 |
| Bond Payments - INSURANCE PARTNERS AGENCY INC. | 2300-000 | NA | $0.00 | $0.00 | $0.00 |
| Bond Payments - John Fort | 2300-000 | NA | $0.00 | $0.00 | $0.00 |
| Bond Payments - John K. Fort | 2300-000 | NA | $0.00 | $17.76 | $17.76 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - Swift Clean Out Services | 2420-000 | NA | $258.00 | $258.00 | $258.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $715.59 | $715.59 | $715.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$11,055.93** | **$11,073.69** | **$11,073.69** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | South Carolina Department of Revenue | 5800-000 | NA | $12,922.07 | $12,922.07 | $4,740.99 |
| 26P | Internal Revenue Service | 5800-000 | NA | $44,007.01 | $44,007.01 | $16,145.78 |
| 41 | SC Department of Employment & Workforce | 5800-000 | NA | $9,514.84 | $9,514.84 | $3,490.91 |
| N/F | Anderson County Treasurer | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Greenville County Tax | 5600-000 | $1,220.51 | NA | NA | NA |
| N/F | Greenville County Tax | 5600-000 | $629.74 | NA | NA | NA |
| N/F | IRS | 5600-000 | $2,456.08 | NA | NA | NA |
| N/F | IRS | 5600-000 | $3,340.89 | NA | NA | NA |
| N/F | IRS | 5600-000 | $50,169.92 | NA | NA | NA |
| N/F | Pickens County Tax | 5600-000 | $0.00 | NA | NA | NA |
| N/F | SC Dept of Labor | 5600-000 | $0.00 | NA | NA | NA |
| N/F | SC Dept. of Revenue | 5600-000 | $11,221.67 | NA | NA | NA |
| N/F | SC Employment Security Commission | 5600-000 | $8,487.04 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$77,525.85** | **$66,443.92** | **$66,443.92** | **$24,377.68** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CIT Bank, N.A. | 7100-000 | NA | $14,773.57 | $14,773.57 | $0.00 |
| 2 | Scottrade Bank Equipment Finance, a Division of Sc c/o Sally M. Sinclair | 7100-000 | NA | $163,188.06 | $163,188.06 | $0.00 |
| 3 | A & M SUPPLY CORPORATION | 7100-000 | NA | $36,164.32 | $36,164.32 | $0.00 |
| 4 | HOOD DISTRIBUTION | 7100-000 | NA | $40,924.69 | $40,924.69 | $0.00 |
| 5 | ULINE SHIPPING SUPPLIES | 7100-000 | NA | $647.66 | $647.66 | $0.00 |
| 6 | Dell Financial Services, LLC | 7100-000 | NA | $14,083.24 | $14,083.24 | $0.00 |
| 7 | Horizon Forest Products, L.P. | 7100-000 | NA | $11,982.69 | $11,982.69 | $0.00 |
| 8 | Smith Moore Leatherwood | 7100-000 | NA | $1,886.50 | $1,886.50 | $0.00 |
| 9 | Wolverine Welding | 7100-000 | NA | $8,173.78 | $8,173.78 | $0.00 |
| 10 | Pacific Shore Stone | 7100-000 | NA | $37,776.56 | $37,776.56 | $0.00 |
| 11 | Premier Roofing | 7100-000 | NA | $5,755.00 | $5,755.00 | $0.00 |
| 12 | WASTECO INC | 7100-000 | NA | $3,948.86 | $3,948.86 | $0.00 |
| 13 | S&R SOUTHERN SUPPLY | 7100-000 | NA | $2,570.00 | $2,570.00 | $0.00 |
| 14 | GRAN QUARTZ | 7100-000 | NA | $538.35 | $538.35 | $0.00 |
| 15 | Alpine Sales | 7100-000 | NA | $5,347.15 | $5,347.15 | $0.00 |
| 16 | Bank of Travelers Rest | 7100-000 | NA | $1,155.03 | $1,155.03 | $0.00 |

| 18 | TUCKER MATERIALS INC | 7100-000 | NA | $852.91 | $852.91 | $0.00 |
|---|---|---|---|---|---|---|
| 19 | WOOD TECTONICSWOOD TECTONICS/ADAM BUCCOLO | 7100-000 | NA | $6,008.27 | $6,008.27 | $0.00 |
| 21 | Frankenmuth Mutual Insurance Co. | 7100-000 | NA | $3,235.86 | $3,235.86 | $0.00 |
| 22 | Wex Bank | 7100-000 | NA | $9,708.35 | $9,708.35 | $0.00 |
| 23 | LEVI SINK CO | 7100-000 | NA | $2,389.60 | $2,389.60 | $0.00 |
| 24 | Ally Bank | 7100-000 | NA | $11,295.17 | $11,295.17 | $0.00 |
| 25 | Ally Bank | 7100-000 | NA | $307.56 | $307.56 | $0.00 |
| 26UPEN | Internal Revenue Service | 7300-000 | NA | $12,806.19 | $12,806.19 | $0.00 |
| 27 | RICHELIEU AMERICA LTD | 7100-000 | NA | $27,858.24 | $27,858.24 | $0.00 |
| 29 | Synchrony Bank | 7100-000 | NA | $6,702.11 | $6,702.11 | $0.00 |
| 30 | ADHERN RENTALS INC | 7100-000 | NA | $1,459.72 | $1,459.72 | $0.00 |
| 31 | ProSource, LLC | 7100-000 | NA | $40,211.41 | $40,211.41 | $0.00 |
| 32 | WORKSMART INC | 7100-000 | NA | $17,194.49 | $17,194.49 | $0.00 |
| 32U | WORKSMART INC ATTN: MARSHALL BARNES | 7100-000 | NA | $1,719.89 | $1,719.89 | $0.00 |
| 33 | CH ROBINSON WORLDWIDE INC | 7100-000 | NA | $640.16 | $640.16 | $0.00 |
| 34 | Verizon Wireless | 7100-000 | NA | $6,235.20 | $6,235.20 | $0.00 |
| 35U | Brasfield & Gorrie, LLC | 7100-000 | NA | $239,155.62 | $239,155.62 | $0.00 |
| 36 | Carolina Alliance Bank/Pinnacle Bank of SC | 7100-000 | NA | $554,441.42 | $554,441.42 | $0.00 |

| 37 | Carolina Alliance Bank/Pinnacle Bank of SC | 7100-000 | NA | $164,403.48 | $164,403.48 | $0.00 |
| 38 | Carolina Alliance Bank/Pinnacle Bank of SC | 7100-000 | NA | $859,229.07 | $859,229.07 | $0.00 |
| 39 | DE LAGE LANDEN FINANCIAL SERVICES INC | 7200-000 | NA | $7,031.78 | $7,031.78 | $0.00 |
| 40 | Dillard-Jones Builders LLC | 7200-000 | NA | $25,166.08 | $25,166.08 | $0.00 |
| N/F | A&M Supply | 7100-000 | $74,062.67 | NA | NA | NA |
| N/F | ARC Point Labs | 7100-000 | $457.00 | NA | NA | NA |
| N/F | AWI | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Accident Fund | 7100-000 | $2,720.60 | NA | NA | NA |
| N/F | Ahern Rentals | 7100-000 | $1,237.05 | NA | NA | NA |
| N/F | Ally | 7100-000 | $73,000.00 | NA | NA | NA |
| N/F | Ally | 7100-000 | $52,023.07 | NA | NA | NA |
| N/F | Ally | 7100-000 | $33,357.23 | NA | NA | NA |
| N/F | Alpine Sales | 7100-000 | $9,697.71 | NA | NA | NA |
| N/F | American Express | 7100-000 | $204,602.25 | NA | NA | NA |
| N/F | Anvis Alarm | 7100-000 | $90.00 | NA | NA | NA |
| N/F | Armor Packaging | 7100-000 | $1,386.96 | NA | NA | NA |
| N/F | Arthur State Bank Visa | 7100-000 | $8,023.78 | NA | NA | NA |
| N/F | Ascentium Capital | 7100-000 | $20,000.00 | NA | NA | NA |
| N/F | Bank of Travelers Rest Visa | 7100-000 | $13,534.45 | NA | NA | NA |
| N/F | Bottega Stone | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Brasfield & Gorrie | 7100-000 | $306,323.40 | NA | NA | NA |
|-----|---------------------|----------|-------------|----|----|----|
| N/F | Builders First Source | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Builders First Source | 7100-000 | $4,652.79 | NA | NA | NA |
| N/F | CH Briggs | 7100-000 | $27,080.70 | NA | NA | NA |
| N/F | CH Robinson | 7100-000 | $640.16 | NA | NA | NA |
| N/F | Carolina Refinishing | 7100-000 | $12,168.22 | NA | NA | NA |
| N/F | Carson Nut & Bolts | 7100-000 | $118.17 | NA | NA | NA |
| N/F | Charter Business | 7100-000 | $209.94 | NA | NA | NA |
| N/F | Charter Industries | 7100-000 | $977.60 | NA | NA | NA |
| N/F | Consentino | 7100-000 | $23,092.97 | NA | NA | NA |
| N/F | Conwed (CDC) Corp. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cosmos | 7100-000 | $2,482.93 | NA | NA | NA |
| N/F | Crawford Saw | 7100-000 | $1,951.95 | NA | NA | NA |
| N/F | Dell Financial Services | 7100-000 | $13,070.17 | NA | NA | NA |
| N/F | Dixie Plywood and Lumber | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Duke Energy | 7100-000 | $2,541.47 | NA | NA | NA |
| N/F | Fairway Ford | 7100-000 | $1,648.28 | NA | NA | NA |
| N/F | Fedex | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Foothills Welding | 7100-000 | $3,290.00 | NA | NA | NA |
| N/F | Ford Motor Credit | 7100-000 | $40,299.81 | NA | NA | NA |
| N/F | Ford Motor Credit | 7100-000 | $51,621.00 | NA | NA | NA |
| N/F | Formwood Industries | 7100-000 | $25,022.19 | NA | NA | NA |

| N/F | Frankenmuth | 7100-000 | $0.00 | NA | NA | NA |
|-----|-------------|----------|-------|----|----|----|
| N/F | Frankenmuth | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Freedom Interiors | 7100-000 | $1,200.00 | NA | NA | NA |
| N/F | G&W | 7100-000 | $486.33 | NA | NA | NA |
| N/F | Glue Warehouse | 7100-000 | $1,318.75 | NA | NA | NA |
| N/F | Grainger | 7100-000 | $846.13 | NA | NA | NA |
| N/F | GranQuartz | 7100-000 | $538.35 | NA | NA | NA |
| N/F | Hafele | 7100-000 | $21,701.76 | NA | NA | NA |
| N/F | Hickory Saw & Tool | 7100-000 | $2,107.25 | NA | NA | NA |
| N/F | Hood Distribution | 7100-000 | $36,114.78 | NA | NA | NA |
| N/F | Horizon Forest Products | 7100-000 | $11,982.69 | NA | NA | NA |
| N/F | Josh Gilliam Landscape | 7100-000 | $275.00 | NA | NA | NA |
| N/F | KVF Distribution | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kines Unlimited | 7100-000 | $124,000.00 | NA | NA | NA |
| N/F | Klingspor | 7100-000 | $463.15 | NA | NA | NA |
| N/F | L&W Supply | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LDI Reporprinting | 7100-000 | $104.62 | NA | NA | NA |
| N/F | Levi Sink | 7100-000 | $100.70 | NA | NA | NA |
| N/F | Lowes Business Account | 7100-000 | $6,117.57 | NA | NA | NA |
| N/F | MSI | 7100-000 | $580.72 | NA | NA | NA |
| N/F | McKinley Cooper & Co. | 7100-000 | $3,715.00 | NA | NA | NA |
| N/F | Mersus | 7100-000 | $418.63 | NA | NA | NA |

| N/F | Morris Business Solutions | 7100-000 | $1,328.00 | NA | NA | NA |
|-----|----------------------------|----------|-----------|----|----|----|
| N/F | N. Wasserstrom | 7100-000 | $1,144.99 | NA | NA | NA |
| N/F | Nature of Stone | 7100-000 | $812.54 | NA | NA | NA |
| N/F | Newcomb Springs | 7100-000 | $3,013.34 | NA | NA | NA |
| N/F | Office Stream | 7100-000 | $1,449.72 | NA | NA | NA |
| N/F | Old Castle Building | 7100-000 | $400.83 | NA | NA | NA |
| N/F | Pac Shore | 7100-000 | $28,375.29 | NA | NA | NA |
| N/F | Penn National Mutual Casualty | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Penske Truck Leasing | 7100-000 | $4,349.70 | NA | NA | NA |
| N/F | Piedmont Plastics | 7100-000 | $350.39 | NA | NA | NA |
| N/F | Pierce Phelps | 7100-000 | $15,366.20 | NA | NA | NA |
| N/F | Premier Roofing | 7100-000 | $5,546.00 | NA | NA | NA |
| N/F | R. Carl Byars | 7100-000 | $2,999.00 | NA | NA | NA |
| N/F | Richelieu | 7100-000 | $37,605.58 | NA | NA | NA |
| N/F | Rugby | 7100-000 | $18,420.44 | NA | NA | NA |
| N/F | S&R Southern Supply | 7100-000 | $2,453.19 | NA | NA | NA |
| N/F | Safeguard | 7100-000 | $174.22 | NA | NA | NA |
| N/F | Scotttrade Bank Equipment Fin. | 7100-000 | $92,540.25 | NA | NA | NA |
| N/F | Scotttrade Bank Equipment Fin. | 7100-000 | $210,236.05 | NA | NA | NA |
| N/F | Sherwin Williams | 7100-000 | $50.32 | NA | NA | NA |
| N/F | Slabco | 7100-000 | $60,000.00 | NA | NA | NA |

| N/F | Smith Moore Leatherwood | 7100-000 | $1,435.00 | NA | NA | NA |
|-----|-------------------------|----------|-----------|-----|-----|-----|
| N/F | Square Up | 7100-000 | $4,417.95 | NA | NA | NA |
| N/F | Star Granite | 7100-000 | $7,200.00 | NA | NA | NA |
| N/F | Stoneway Supply | 7100-000 | $7,995.52 | NA | NA | NA |
| N/F | Suburban Propane | 7100-000 | $449.49 | NA | NA | NA |
| N/F | Teague Enterprise | 7100-000 | $6,479.32 | NA | NA | NA |
| N/F | The Copy Spot | 7100-000 | $12.72 | NA | NA | NA |
| N/F | Traveling Storytellers | 7100-000 | $2,022.00 | NA | NA | NA |
| N/F | Tucker Materials | 7100-000 | $794.16 | NA | NA | NA |
| N/F | Uline | 7100-000 | $647.66 | NA | NA | NA |
| N/F | Verizon Wireless | 7100-000 | $1,624.59 | NA | NA | NA |
| N/F | Wastco | 7100-000 | $6,872.01 | NA | NA | NA |
| N/F | Web Don | 7100-000 | $18,096.28 | NA | NA | NA |
| N/F | Wells Fargo Equipment | 7100-000 | $79,000.00 | NA | NA | NA |
| N/F | Wex Bank | 7100-000 | $6,000.00 | NA | NA | NA |
| N/F | Wolverine Welding | 7100-000 | $8,173.78 | NA | NA | NA |
| N/F | Wood Tectonics | 7100-000 | $6,008.27 | NA | NA | NA |
| N/F | Worksmart | 7100-000 | $17,194.49 | NA | NA | NA |
| N/F | Wurth Wood Group | 7100-000 | $39,037.58 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,923,532.82** | **$2,346,968.04** | **$2,346,968.04** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

Case No.:   16-00364-HB

Case Name:   CAROLINA FOOTHILLS STUDIO, LLC

Trustee Name:   (600020) John K. Fort

Date Filed (f) or Converted (c):   01/28/2016 (f)

§ 341(a) Meeting Date:   03/14/2016

For Period Ending:   01/30/2018

Claims Bar Date:   06/15/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking, savings or other financial accounts<br>CAB checking account #7355 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking, savings or other financial accounts<br>CAB checking account #7672.  Negative balance. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking, savings or other financial accounts<br>Bank of Travelers Rest #3375.  Too burdensome to administer | 286.33 | 286.33 | | 296.33 | FA |
| 4 | Checking, savings or other financial accounts<br>CAB Reserve account #7423.  Account seized by bank. | 145,671.38 | 145,671.38 | | 0.00 | FA |
| 5 | Checking, savings or other financial accounts<br>CAB Suspense account #7410.  Account seized by bank. | 16,731.57 | 16,731.57 | | 0.00 | FA |
| 6 | Security deposits<br>Security deposit with Penske Trucking | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 7 | Accounts receivable<br>A/R totaling $1,073,242.50.  Debtor deems uncollectible. Subject to lien with Carolina Alliance | 0.00 | 0.00 | | 1,110.04 | FA |
| 8 | Inventory<br>Raw materials, work in progress, finished goods, including goods held for resale and other inventory or supplies.  Assets seized by CAB per court order dated 10/26/15 in case #2015-CP-23-6433.  Proceeds from the sale of assets #11 & 13 are included in the net proceeds received.  Per Court order, the estate will retain 20% of the net proceeds, remitting the remaining 80% to Carolina Alliance. | 0.00 | 0.00 | | 27,000.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES<br>2006 GMC Savana work van in rough condition | 2,647.00 | 2,647.00 | | 1,500.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES<br>2008 Ford F-550 4wd flat bed truck with boom lift.  Bulk sale with Asset #8. | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 11 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>Assets seized by CAB.  Bulk sale with asset #8. | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Settlement of Preference between CFS, LLC and Carolina Alliance Bank (u)<br>Settlement of Preference between Carolina Foothills Studio, LLC and Carolina Alliance Bank | 0.00 | 8,920.00 | | 8,920.00 | FA |
| 13 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>Assets seized by CAB.  Bulk sale with asset #8. | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:  2

**Case No.:**  16-00364-HB

**Case Name:**   CAROLINA FOOTHILLS STUDIO, LLC

**For Period Ending:**  01/30/2018

**Trustee Name:**    (600020) John K. Fort

**Date Filed (f) or Converted (c):**   01/28/2016 (f)

**§ 341(a) Meeting Date:**  03/14/2016

**Claims Bar Date:**  06/15/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | TAX REFUNDS<br><br>Principals of the debtor filed tax returns and owe approx. $49k to the IRS.  Both have filed personal bankruptcies | 0.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets Totals (Excluding unknown values)** | **$183,336.28** | **$192,256.28** | | **$38,826.37** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

Case No.:  16-00364-HB

Case Name:  CAROLINA FOOTHILLS STUDIO, LLC

For Period Ending:  01/30/2018

Trustee Name:   (600020) John K. Fort

Date Filed (f) or Converted (c):  01/28/2016 (f)

§ 341(a) Meeting Date:  03/14/2016

Claims Bar Date:  06/15/2016

**Major Activities Affecting Case Closing:**

2/21/16 emailed Sally Sinclair secured creditor/Scottrade/said would not object 362 upon proof of perfection

NOTE: 10/30/2015 is 90 days before filing

2/21/16 Reviewed cks for this debtor that were filed in personal case--emailed for statements since Oct.

3/18/16 Met Mr. Porter at the plant.  Carolina Alliance gave me the keys.  Lots of inventory but doubt there is enough to share with bank.  Either they sell and clean shop or we do. Wrote Grigg and sent her pictures

3/24/16 Application to Employ Hales - Order 4/7/16

3/31/16  Application for Settlement (carveout with Carolina Alliance Bank) - Order 4/7/16

4/25/16 Notice of Sale - equipment and vehicles - Order 5/24/16

4/26/16 Application to Employ Accountant - Order 5/11/16

4/27/16 Notice of sale - forklift - Oder 5/26/16

6/30/2016 No tax returns could be prepared because of lack of records.  A disclaimer letter was sent to all taxing agencies.

Claims bar ran on 6/13/16.  Claims will be reviewed and objected to after reporting period ends.   Proceeds to Carolina Alliance and ScottTrade will be remitted after the reporting period ends.   Once claims orders are entered and gov't bar date runs on 7/26/16, trustee will move to close.

9/16 Still have issue with Skip and damage.  Still have issue of Carolina claim.  Need Mesa to close to establish claims

11/16  Still no resolution on sale of Mesa building

3/17  Still have not sold Mesa.  Need it to resolve claim of Carolina Alliance.

4/18/17 Hines--still not closed yet

5/15/17 Hines said close soon--should be end of month

6/10/17 Wrote Hines ref. closing

6/28/17  The sale of the Mesa building will substantially reduce the claim of Carolina Alliance/Pinnacle. Closing has been delayed for multiple reasons including environmental concerns.  Once building is sold, Carolina Alliance can amend claim and we will submit TFR

7/11/17 Hines said close next week

8/2/17 Asked Hines for update. Per Hines it still has not closed, but money is in hand and enviro. ok

10/3  Per Hines deal closerd

10/6 Grigg ref amending POC

10/13 Grigg will amend

10/20 left message for Grigg

10/25 email she is out of town--janette will file Tuesday

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 4

| | |
|---|---|
| Case No.:   16-00364-HB | Trustee Name:   (600020) John K. Fort |
| Case Name:   CAROLINA FOOTHILLS STUDIO, LLC | Date Filed (f) or Converted (c):   01/28/2016 (f) |
| | § 341(a) Meeting Date:   03/14/2016 |
| For Period Ending:   01/30/2018 | Claims Bar Date:   06/15/2016 |

10/30 called left message

10/31 called

11/1  called.  Then talked to Tim and Julie

11/2  close

11/2 Carolina Alliance said they'd withdraw claim.

11/4 not withdrawn.  CLOSE

ACTIVITY DURING REPORTING PERIOD 7/1/2015 THRU 6/30/2016

2/21/16 emailed Sally Sinclair secured creditor/Scottrade/said would not object 362 upon proof of perfection

NOTE: 10/30/2015 is 90 days before filing

2/21/16 Reviewed cks for this debtor that were filed in personal case--emailed for statements since Oct.

3/18/16 Met Mr. Porter at the plant.  Carolina Alliance gave me the keys.  Lots of inventory but doubt there is enough to share with bank.  Either they sell and clean shop or we do. Wrote Grigg and sent her pictures

3/24/16 Application to employ Hales - Order 4/7/16

3/31/16  Application for settlement (carveout with Carolina Alliance Bank) - Order 4/7/16

4/25/16 Notice of sale - equipment and vehicles - Order 5/24/16

4/26/16 Application to employ accountant - Order 5/11/16

4/27/16 Notice of sale - forklift - Oder 5/26/16

6/30/2016 No tax returns could be prepared because of lack of records.  A disclaimer letter was sent to all taxing agencies.
Claims bar ran on 6/13/16.  Claims will be reviewed and objected to after reporting period ends.   Proceeds to Carolina Alliance and ScottTrade will be remitted after the reporting period ends.   Once claims orders are entered and gov't bar date runs on 7/26/16, trustee will move to close.

**Current Projected Date Of Final Report (TFR):**   11/06/2017 (Actual)       **Initial Projected Date Of Final Report (TFR):**   02/01/2017

## Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 16-00364-HB |
| **Case Name:** | CAROLINA FOOTHILLS STUDIO, LLC |
| **Taxpayer ID #:** | **-***9112 |
| **For Period Ending:** | 01/30/2018 |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7000 Checking |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/28/16 | {12} | Carolina Alliance Bank | Settlement of Preference between Carolina Foothills Studio, LLC and Carolina Alliance Bank | 1241-000 | 8,920.00 | | 8,920.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 8,910.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.35 | 8,897.65 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.33 | 8,885.32 |
| 06/21/16 | | W. M. HALES, INC. | SALE PROCEEDS - VEHICLE, EQUIPMENT, INVENTORY AND OFFICE EQUIPMENT | | 18,000.00 | | 26,885.32 |
| | {8} | WM HALES, INC | SALE PROCEEDS - VEHICLE, EQUIPMENT, INVENTORY AND OFFICE EQUIPMENT $18,500.00 | 1129-000 | | | 26,885.32 |
| | {9} | WM Hales, Inc | GMC Savana, unencumbered $1,500.00 | 1129-000 | | | 26,885.32 |
| | | WM HALES, INC | SALES AGENT COMMISSION -$2,000.00 | 3610-000 | | | 26,885.32 |
| 06/21/16 | | W. M. HALES, INC. | SALE PROCEEDS - FORKLIFT | | 7,650.00 | | 34,535.32 |
| | {8} | WM HALES, INC | SALE PROCEEDS - FORKLIFT $8,500.00 | 1129-000 | | | 34,535.32 |
| | | WM HALES, INC | SALES AGENT COMMISSION -$850.00 | 3610-000 | | | 34,535.32 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.83 | 34,511.49 |
| 07/22/16 | 101 | Scottrade | 1/2 of net proceeds from sale of equipment pursuant to the Consent Order filed 4/7/16 | 4210-000 | | 3,375.00 | 31,136.49 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 47.85 | 31,088.64 |
| 08/11/16 | {7} | N Wasserstrom & Sons, Inc | Accounts Receivable | 1121-000 | 1,110.04 | | 32,198.68 |
| 08/26/16 | 102 | Phoenix Mechanical, LLC | Reimbursement for payment to Swift Clean Out Services, Invoice #061116, check #105 dated 7/25/16. | 2420-000 | | 258.00 | 31,940.68 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 50.69 | 31,889.99 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.74 | 31,844.25 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.15 | 31,800.10 |
| 11/28/16 | | John Fort | Entry Error | 2300-000 | | -29.28 | 31,829.38 |

**Page Subtotals:** **$35,680.04** **$3,850.66**

# Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-00364-HB | Trustee Name: | John K. Fort (600020) |
|---|---|---|---|
| Case Name: | CAROLINA FOOTHILLS STUDIO, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9112 | Account #: | ******7000 Checking |
| For Period Ending: | 01/30/2018 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/28/16 | | INSURANCE PARTNERS AGENCY INC. | Entry Error | 2300-000 | | -29.28 | 31,858.66 |
| 11/28/16 | 103 | INSURANCE PARTNERS AGENCY, INC. | Voided on 11/30/2016 | 2300-000 | | 29.28 | 31,829.38 |
| 11/28/16 | 104 | John K. Fort | Voided on 11/30/2016 | 2300-000 | | 29.28 | 31,800.10 |
| 11/28/16 | | John Fort | Correction to ref. 9 | 2300-000 | | 29.28 | 31,770.82 |
| 11/28/16 | | INSURANCE PARTNERS AGENCY INC. | Correction to ref . 10 | 2300-000 | | 29.28 | 31,741.54 |
| 11/30/16 | 103 | INSURANCE PARTNERS AGENCY, INC. | Voided: check issued on 11/28/2016 | 2300-000 | | -29.28 | 31,770.82 |
| 11/30/16 | 104 | John K. Fort | Voided: check issued on 11/28/2016 | 2300-000 | | -29.28 | 31,800.10 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.65 | 31,751.45 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.54 | 31,705.91 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.63 | 31,657.28 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.49 | 31,614.79 |
| 03/14/17 | 105 | John K. Fort | Reimbursement to John Fort for Insurance Partners | 2300-000 | | 17.76 | 31,597.03 |
| 03/15/17 | {3} | Bank of Travelers Rest | Bank Account Closing | 1129-000 | 296.33 | | 31,893.36 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 50.46 | 31,842.90 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.80 | 31,797.10 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.21 | 31,752.89 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 50.24 | 31,702.65 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.07 | 31,658.58 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.56 | 31,610.02 |
| 01/08/18 | 106 | John K. Fort | Combined trustee compensation & expense dividend payments. | | | 6,838.59 | 24,771.43 |
| | | | Claims Distribution - Mon, 11-06-2017          $4,632.64 | 2100-000 | | | 24,771.43 |
| | | | Claims Distribution - Mon, 11-06- | 2200-000 | | | 24,771.43 |

Page Subtotals: **$296.33**    **$7,354.28**

## Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 16-00364-HB |
| **Case Name:** | CAROLINA FOOTHILLS STUDIO, LLC |
| **Taxpayer ID #:** | **-***9112 |
| **For Period Ending:** | 01/30/2018 |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7000 Checking |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 2017 | | | | |
| | | | $2,205.95 | | | | |
| 01/08/18 | 107 | MCABEE, SCHWARTZ, HALLIDAY & CO. | MCABEE, SCHWARTZ, HALLIDAY & CO.16-00364CAROLINA FOOTHILLS STUDIO, LLC$393.75Contact: johnkfort@gmail.com | 3310-000 | | 393.75 | 24,377.68 |
| 01/08/18 | 108 | South Carolina Department of Revenue | South Carolina Department of Revenue16-00364CAROLINA FOOTHILLS STUDIO, LLC$12,922.07Contact: johnkfort@gmail.com | 5800-000 | | 4,740.99 | 19,636.69 |
| 01/08/18 | 109 | Internal Revenue Service | Internal Revenue Service 16-00364CAROLINA FOOTHILLS STUDIO, LLC$44,007.01Contact: johnkfort@gmail.com | 5800-000 | | 16,145.78 | 3,490.91 |
| 01/08/18 | 110 | SC Department of Employment & Workforce | SC Department of Employment & Workforce16-00364CAROLINA FOOTHILLS STUDIO, LLC$9,514.84Contact: johnkfort@gmail.com | 5800-000 | | 3,490.91 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **COLUMN TOTALS** | | 35,976.37 | 35,976.37 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | **0.00** | |
| **Subtotal** | | **35,976.37** | **35,976.37** | |
| Less: Payments to Debtors | | | **0.00** | |
| **NET Receipts / Disbursements** | | **$35,976.37** | **$35,976.37** | |

Exhibit 9
Page:  4

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-00364-HB | **Trustee Name:** | John K. Fort (600020) |
| **Case Name:** | CAROLINA FOOTHILLS STUDIO, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9112 | **Account #:** | ******7000 Checking |
| **For Period Ending:** | 01/30/2018 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $35,976.37 |
| Plus Gross Adjustments: | $2,850.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $38,826.37 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7000 Checking | $35,976.37 | $35,976.37 | $0.00 |
| | $35,976.37 | $35,976.37 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)